# Exhibit 1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Miss Shelley's Upward Prep., Inc.**

Debtor(s)

Case No.    **09-79311**

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alice Rogers<br>PO Box 511<br>Greeleyville, SC 29056 | Alice Rogers<br>PO Box 511<br>Greeleyville, SC 29056 | Loan and Wages | | 9,624.24 |
| Basix Mini Storage<br>7 Newton Boulevard<br>Freeport, NY 11520 | Basix Mini Storage<br>7 Newton Boulevard<br>Freeport, NY 11520 | Trade debt | | 6,640.00 |
| Christine Johnson<br>220 S. Long Beach Avenue<br>Freeport, NY 11520 | Christine Johnson<br>220 S. Long Beach Avenue<br>Freeport, NY 11520 | Pre-Petition Wages | | 18,000.00 |
| Deans Archer & Co.<br>265 E. Merrick Road<br>Suite 205<br>Valley Stream, NY 11580 | Deans Archer & Co.<br>265 E. Merrick Road<br>Suite 205<br>Valley Stream, NY 11580 | Trade debt | | 65,987.50 |
| Doreatha Ellis<br>61 Baldwin Road<br>Hempstead, NY 11550 | Doreatha Ellis<br>61 Baldwin Road<br>Hempstead, NY 11550 | Pre-Petition Wages | | 6,701.25 |
| Ed Jones<br>114 Maple Drive<br>Roosevelt, NY 11575 | Ed Jones<br>114 Maple Drive<br>Roosevelt, NY 11575 | Loan and Wages | Disputed | 32,375.00 |
| Internal Revenue Service<br>625 Fulton Street<br>10 MetroTech Center<br>Brooklyn, NY 11201 | Internal Revenue Service<br>625 Fulton Street<br>10 MetroTech Center<br>Brooklyn, NY 11201 | Taxes | Unliquidated | 745,000.00 |
| LIPA<br>PO Box 888<br>Hicksville, NY 11802 | LIPA<br>PO Box 888<br>Hicksville, NY 11802 | Utilities | | 12,041.55 |
| Mary Jones<br>114 Maple Drive<br>Roosevelt, NY 11575 | Mary Jones<br>114 Maple Drive<br>Roosevelt, NY 11575 | Loan/Wages | | 9,000.00 |
| Monroe Katcher<br>c/o David E. Weissman<br>585 Stewart Avenue<br>Suite 56<br>Garden City, NY 11530 | Monroe Katcher<br>c/o David E. Weissman<br>585 Stewart Avenue<br>Garden City, NY 11530 | Professional Services | | 27,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Miss Shelley's Upward Prep., Inc.**        Case No.  **09-79311**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nassau County DSS 60 Charles Lindbergh Blvd Suite 160 Uniondale, NY 11553 | Nassau County DSS 60 Charles Lindbergh Blvd Suite 160 Uniondale, NY 11553 | Trade debt | Disputed | 198,198.87 |
| Nassau DSS Sal Enhancemen 60 Charles Lindbergh Blvd Suite 160 Uniondale, NY 11553 | Nassau DSS Sal Enhancemen 60 Charles Lindbergh Blvd Suite 160 Uniondale, NY 11553 | Trade debt | | 19,552.38 |
| National Grid PO Box 9037 Hicksville, NY 11802 | National Grid PO Box 9037 Hicksville, NY 11802 | Utilities | | 6,539.61 |
| New York Life Insurance PO Box 922 New York, NY 10159 | New York Life Insurance PO Box 922 New York, NY 10159 | Life Insurance | | 19,950.00 |
| NYS Dept of Tax & Finance WA Harriman State Campus Albany, NY 12227 | NYS Dept of Tax & Finance WA Harriman State Campus Albany, NY 12227 | Taxes | Unliquidated | 110,332.12 |
| NYS Insurance Fund Bureau of Compliance 100 Broadway Brooklyn, NY 11241 | NYS Insurance Fund Bureau of Compliance 100 Broadway Brooklyn, NY 11241 | | | 24,000.00 |
| Ricoh Business Systems PO Box 41601 Philadelphia, PA 19101 | Ricoh Business Systems PO Box 41601 Philadelphia, PA 19101 | Trade debt | | 11,418.14 |
| Shirley McCoy 342 Sherman Road Westbury, NY 11590 | Shirley McCoy 342 Sherman Road Westbury, NY 11590 | Loan | | 383,650.00 |
| Stephanie Abdul-Ali 169 Sylvester Street Westbury, NY 11590 | Stephanie Abdul-Ali 169 Sylvester Street Westbury, NY 11590 | Pre-Petition Wages | | 8,960.00 |
| Triple Crown Foods 80 International Blvd. Brewster, NY 10509 | Triple Crown Foods 80 International Blvd. Brewster, NY 10509 | Trade debt | | 55,563.42 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 3, 2009**      Signature **/s/ Shelley Williams**
                                             **Shelley Williams**
                                             **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.