# Exhibit 3

# EXHIBIT 3

## MISS SHELLEY'S UPWARD PREP., INC.
## SUMMARY OF ASSETS AND LIABILITIES

### ASSETS

| | |
|---|---|
| Real Estate | $1,600,000.00 |
| Cash | $3,000.00 |
| Accounts Receivable | $70,000.00 |
| (including monies due from DSS) | |
| Machinery and equipment | $20,000.00 |
| **Total Assets** | **$1,693,000.00** |

### LIABILITIES

| | |
|---|---|
| Mortgage Loan Payable | $400,000.00 |
| Other Loans Payable | $770,000.00 |
| Wages Payable | $200,000.00 |
| Taxes | $855,000.00 |
| Trade Payables | $450,000.00 |
| **Total Liabilities** | **$2,675,000.00** |